**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1706**

─────────────

ALCURTIS OF THE FAMILY ROBINSON JR, aka Alcurtis Robinson Jr.,

Plaintiff - Appellant,

v.

CARLA WEST, through Region 4 IV-D Agency,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-cv-00458-FL-KS)

─────────────

Submitted:  September 25, 2025                    Decided:  September 30, 2025

─────────────

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Alcurtis Robinson, Jr., Appellant Pro Se. Kimberly Mantooth Lott, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alcurtis Robinson, Jr., appeals the district court's order accepting the magistrate judge's recommendation and dismissing without prejudice Robinson's 42 U.S.C. § 1983 claim against an employee of the North Carolina Department of Health and Human Services for lack of subject matter jurisdiction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Robinson v. West*, No. 5:24-cv-00458-FL-KS (E.D.N.C. May 27, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*